UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI, ) | |
| ) | 1:08-CV-01552 OWW GSA |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING ACTION** |
| CHERYL BROWNS AND RONALD BROWNS ) | |
| Defendant. ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:    December 2, 2008**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE