UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM TRANQUILLI, | ) | |
| | ) | 1:08-CV-01552 OWW GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| CHERYL BROWNS, RONALD BROWNS, | ) | |
| Defendant. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:    December 3, 2008**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1